**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 1 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

Ali Ali Bey
PO. Box 55293
Little Rock, Arkansas 72215

Plaintiff

V.

Arkansas State Police, Trooper Jackson Shumate,
1 State Police Plaza Dr.
Little Rock, Arkansas 72209
Jay Gaddy, Arkansas Skatuim
1311 S. Bowman Rd Little Rock, Arkansas 72211

Defendant

Case # 4:25-cv-736-JM

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

# COMPLAINT

## INTRODUCTION

1. This is a civil rights action under 42 U.S.C. §§ 1983 and 1981 seeking redress for the unlawful arrest, detention, and violation of constitutional rights by state and private actors, acting under color of state law and in conspiracy with one another, resulting in the wrongful imprisonment of Plaintiff from May 26, 2024, to May 28, 2024.

## JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this Court under 28 U.S.C. § 1391, as the events giving rise to this claim occurred in Pulaski County, Arkansas.

## PARTIES

4. **I, Ali Ali Bey** an Indigenous Moorish-American man residing in Arkansas State.

5. Defendant **Trooper Jackson Shumate** is a state trooper employed by the Arkansas State Police. He is sued in his individual capacity.

6. Defendant **Arkansas Game and Fish Commission** is a state entity whose Patrolman was involved in the arrest of me.

7. Defendant **Adam Baker, with the Arkansas Game and Fish Commission** acting as private security for the Arkansas Skatium who acted in concert with law enforcement to target and instigate the false arrest of Plaintiff.

8. Defendant **Jay Gaddy** is the operator or owner of the Arkansas Skatium who permitted or directed discriminatory or unlawful targeting of Ali Ali Bey.

## FACTS

9. On May 26, 2024, I lawfully parked a 2011 Suzuki 600 motorcycle at or near the Arkansas Skatium.

10. Defendant **Adam Baker**, acting without cause, contacted the Arkansas State Police and/or Arkansas Game and Fish authorities, claiming he could not see a visible VIN or license plate.

11. Based solely on this observation, and without probable cause, **Defendant Shumate** arrested me and impounded the motorcycle.

12. I was taken to jail and held from approximately **11:30 a.m. on May 26, 2024, until 7:00 p.m. on May 28, 2024**—nearly **56 hours**.

13. I was charged with a felony, which was later **dismissed**. No conviction resulted from the arrest.

14. The arrest lacked probable cause, as no warrant existed, no crime was witnessed, and I was not engaged in criminal activity.

15. I suffered emotional distress, humiliation, loss of freedom, and reputational harm as a result.

16. The arrest was also nationality discriminatory, as I'm a Moorish-American who lawfully exercises Indigenous rights and was targeted based on appearance and beliefs.

## CLAIMS FOR RELIEF

### Count I – False Arrest / False Imprisonment – 4th Amendment / 42 U.S.C. § 1983

17. Defendants violated the Fourth Amendment rights and Treaty of Peace and Friendship by arresting and detaining me without probable cause or a valid warrant.

### Count II – Due Process Violation – 14th Amendment / § 1983

18. My liberty was taken without due process. The lack of procedural safeguards and arbitrary arrest violated the Constitution.

### Count III – National Origin Discrimination/ Racial – 42 U.S.C. § 1981

19. I was targeted based on my Indigenous Moorish identity in violation of § 1981.

### Count IV – Conspiracy to Violate Human/Civil Rights – 42 U.S.C. § 1983

20. Defendants acted in concert to deprive me of my constitutional rights.

### Count V – Malicious Prosecution

21. Defendants caused a baseless felony prosecution, which was dismissed in my favor.

## DAMAGES REQUESTED

Plaintiff respectfully requests:

- **Compensatory damages**: $500,000.00
  (for emotional distress, loss of liberty, and reputational harm)
- **Punitive damages**: $2,000,000.00

- **Attorney's fees and costs** (if counsel is obtained in future)
- **Injunctive relief**: An order mandating training or review by Arkansas Skatium and Arkansas State Police
- **Any further relief** this Court deems just and proper.

## JURY DEMAND

I demands a trial by jury on all issues.

**Respectfully submitted,**

*/s/ Ali Ali Bey/*

Ali Ali Bey

501-240-7072