# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

Ali Ali Bey
PO. Box 55293
Little Rock, Arkansas 72215

Plaintiff

V.

Arkansas State Police, Trooper Jackson Shumate,
1 State Police Plaza Dr.
Little Rock, Arkansas 72209
Jay Gaddy, Arkansas Skatuim
1311 S. Bowman Rd Little Rock, Arkansas 72211

Defendants

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 2 2025

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

## Case No. 4:25-CV-00736-JM

9/12/2025

**Trooper Jackson Shumate, Arkansas State Police,**
in his **individual and official capacity**;

**Adam Baker, Arkansas Game & Fish Commission,**
in his **individual and official capacity**;

**Arkansas Game & Fish Commission,** a state entity;

**Jay Gaddy, Owner/Operator of Arkansas Skatium,**
in his **individual and official capacity**;

**Arkansas Skatium,** a private entity,
Defendants.

# AMENDED COMPLAINT

## (Civil Rights Action under 42 U.S.C. §§ 1983 and 1981)

1

## INTRODUCTION

1. This is a civil rights action under 42 U.S.C. §§ 1983 and 1981 seeking redress for the unlawful arrest, detention, retaliation, and violation of constitutional rights by state and private actors acting under color of law and in conspiracy with one another.

2. Defendants' actions resulted in my wrongful/unlawful imprisonment from May 26, 2024 to May 28, 2024, as well as continuing retaliation and harassment thereafter.

## JURISDICTION AND VENUE

3. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

4. Venue is proper in this Court under 28 U.S.C. § 1391, because the events giving rise to this claim occurred in Pulaski County, Arkansas.

## PARTIES

5. **I, Ali Ali Bey**; an Indigenous Moorish-American man residing in Arkansas.

6. **Defendant Trooper Jackson Shumate**: A state trooper employed by the Arkansas State Police, sued in his individual and official capacities.

7. **Defendant Arkansas Game and Fish Commission**: A state agency whose officer acted jointly with police and Arkansas Skatium security, sued as an entity responsible for the discriminatory and unconstitutional conduct of its employees.

8. **Defendant Adam Baker**: An employee of the Arkansas Game and Fish Commission, working as private security for the Arkansas Skatium. Sued in both his individual and official capacities.

9. **Defendant Jay Gaddy**: Owner/operator of the Arkansas Skatium, sued individually and officially as business owner, for employing and directing discriminatory security practices.

10. **Defendant Arkansas Skatium**: A skating rink in Little Rock, Arkansas, sued as an entity responsible for discriminatory and retaliatory practices against me.

## FACTS

11. I regularly attended the Arkansas Skatium on Sunday nights to skate for many years. On May 26, 2024, I lawfully parked the 2011 Suzuki 600 motorcycle outside the Skatium near the front entrenace near by for security reason for years, both security teams past and current suggest that to patrons. Defendant's employee Michael (MJ), Skatium Manager (Caucasian) himself parked his motorcycle in the handicap/special needs zone, when he rides or similar spots/location as I did.

2

12. Defendant Adam Baker (Caucasian) with the Arkansas Game and Fish Commission, acting as security for the Skatium, selectively targeted/profiling me by claiming he could not see a VIN or license plate on the motorcycle. Baker ignored Caucasian patrons with similar or worse parking/tag issues.

13. Without conducting a proper investigation, Defendant Baker contacted law enforcement.

14. Defendant Trooper Jackson Shumate arrived and, relying only on Baker's biased report, arrested me on the corner of Bowman and Kanis Road on the corner parking lot of business suits across the street from Lowe's hardware store.

15. I was charged with multiple offenses, including felony charges Ark. Code:

**§§ 27-14-2210 Vehicles or engines without manufacturer's numbers 10 years in prison.**

**§§ 27-14-2211 Alter/Change Engine or other numbers 3-10 years in prison.**

**§§ 27-37-803 Use prohibited"Class C misdemeanor  , relating to nitrous oxide in motor vehicles 30 days in jail**. All felony charges and misdemeaanor were dismissed in my favor.

16. I was detained from May 26, 2024 at approximately 11:30 a.m. until May 28, 2024 at approximately 7:00 p.m.—over 50 hours.

17. The motorcycle was impounded unlawfully. I later filed a True Bill in this federal court on September 16, 2024 and recovered the conveyance. See (Exhibit A)

18. I filed a complaint with the Little Rock Police Department See (Exhibit B) and later a federal complaint regarding misconduct by Skatium staff and security regarding my tire incident and reported it to Defendant's employee Michael (MJ).

19. After filing, I was told by several patrons when leaving the Skatium that some Skatium employees, including Defendant's /Employees and Manager Michael (MJ), were seen what appeared to be tampering with my conveyance. I didn't see any evidence of any damage upon quick inspection, however; 2 Sharp hollow tubes were placed against the tires so that the tires would deflate immediately when he moved the conveyance. I heard the air rushing out of the tires almost instantly after leaving the Skatium driveway onto the street (Bowman Rd.), forcing me to stop at the time, a new Circle K gas station on Bowman and Kanis Road. (See attachment exhibit C and D.)

20. This sabotage was done in retaliation for my complaints and lawsuit.

21. Further retaliation followed: MJ told me not to return to the Skatium until the federal case was over, effectively banning me from a public accommodation.

22. Defendants' conduct was nationality/racially discriminatory, as I was singled out for being Moorish-American while Caucasian patrons were not subjected to such treatment.

3

## CLAIMS FOR RELIEF

### Count I – False Arrest / False Imprisonment (Fourth Amendment / § 1983)

23. Defendants Shumate, Baker, Game & Fish, and Skatium acted without probable cause or warrant.

24. Arrest without probable cause violates the Fourth Amendment. *Beck v. Ohio,* 379 U.S. 89, 91 (1964); *Kuehl v. Burtis,* 173 F.3d 646, 650–51 (8th Cir. 1999).

### Count II – Due Process Violation (Fourteenth Amendment / § 1983)

25. Defendants deprived me of liberty without due process, through arbitrary arrest, unlawful detention, and selective targeting.

26. The Fourteenth Amendment forbids arbitrary deprivations of liberty. *County of Sacramento v. Lewis,* 523 U.S. 833, 845–46 (1998).

### Count III – National Origin/Racial Discrimination (§ 1981)

27. As an Indigenous Moorish-American, I was targeted based on my nationality/racial identity.

28. Similarly situated Caucasian patrons were not arrested or targeted.

29. Racial discrimination in contractual and public accommodations violates § 1981. *Saint Francis College v. Al-Khazraji,* 481 U.S. 604, 609 (1987).

### Count IV – Conspiracy to Violate Civil Rights (§ 1983)

30. Defendants conspired together to deprive me of constitutional rights, including freedom from unlawful arrest and equal protection.

31. Private parties acting jointly with state actors are liable under § 1983. *Dennis v. Sparks,* 449 U.S. 24, 27–28 (1980).

### Count V – Malicious Prosecution (§ 1983)

32. Defendants initiated felony charges against me without probable cause.

33. All Felony charges were dismissed in my favor.

34. Malicious prosecution is actionable under **§ 1983 when based on Fourth Amendment violations.** *Thompson v. Clark,* 596 U.S. 36, 44 (2022).

### Count VI – Retaliation (§ 1983)

35. After I filed complaints, Defendants retaliated by sabotaging my tires and banning me from the Skatium.

36. Retaliation for protected activity violates the First Amendment. *Hartman v. Moore,* 547 U.S. 250, 256 (2006).

4

## DAMAGES REQUESTED

I respectfully requests:

- Compensatory damages: **$500,000** (emotional distress, loss of liberty, reputational harm, property loss).

- Punitive damages: **$2,000,000** against individual Defendants.

- Attorney's fees and costs under 42 U.S.C. § 1988. (If necessary.)

- Injunctive relief: Court-ordered training, oversight, and diversity hiring at Arkansas Skatium and Arkansas Game & Fish.

- Any other relief this Court deems just and proper.

## JURY DEMAND

I demand trial by jury on all issues.

**Respectfully submitted,**

*Ali Ali-Bey*

**Ali Ali Bey**

**501-240-7072**

5



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

600 West Capitol Avenue

Suite A-149
Little Rock, Arkansas 72201
Phone:501-604-5351

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 6 2024

TAMMY H. DOWNS, CLERK
By:_____
                                    DEP CLERK

4:24-CV-746-L

Ali Ali Bey

P.O. Box 55293

Little Rock, ARK 72215

501-240-7072

Plaintiff,

V.

Arkansas State Police & Trooper Jackson Shumate

1 State Police Plaza Dr

Little Rock, Arkansas 72209

Game & Fish Commission & Adam Baker

2 Natural Resources Dr.

Little Rok, Arkansas, 72205

9/3/2024

---

True Bill addendum to add parties

---

I Ali Ali Bey present this True Bill in references to a 2011 Blue and White GSXR 600 Suzuki that is impounded at Asher Wrecker on 5909 S. University Little Rock, Arkansas. On 5/26/2024, Trooper Jackson Shumate #242 took possession of the above mention motorcycle that was in my possession. Mr Shumate took possession of the motorcycle at approximately 10:53 PM.

Ex A

I am charging the defendant and his employer rent of the above said property of $527.00 deposit and $100.00 per day for the date of possession (5/26/2024) until the second court date of October 2, 2024 for a grand total of; $13527.00, the original date being August7, 2024.

Yours truly,

Ali Ali Bey.

I declare that, to the best of my knowledge, the information herein is true, correct, and complete.

_True_ Bill

Executed this _16_ day of _Sep_ , 20 _24_.

_Ali Ali Bey_ Ali Ali Bey

**NOTARY ACKNOWLEDGEMENT**

STATE OF ARKANSAS, COUNTY OF _Pulaski_ , ss:

On this _16_ day of _September_ , _2024_ , before me, _Laura Hodo_ , personally appeared Ali Ali Bey, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within Affidavit, and, being first duly sworn oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information and knowledge.

In witness whereof I hereunto set my hand and official seal.

```
LAURA HODO
Notary Public - Arkansas
Pulaski County
Commission # 12695179
My Commission Expires Aug 11, 2025
```

_Laura Hodo_

Notary Public

_Notary_

Title (and Rank)

My commission expires _08/11/25_



Little Rock Police Department
700 W Markham
Little Rock, AR 72201
501-371-4605

This incident has been reported to the
Little Rock Police Department
and is pending approval

**General Information**

| | |
|---|---|
| Incident Type | Criminal Mischief to Vehicle |
| Tracking Number | T24003151 |
| Report Date | 09/16/2024 08:20 PM |

**Reporting Person Information**

| | |
|---|---|
| Name | Ali Bey, Ali |
| Home Address | 8509 WEST Markham ROAD, Little, AR 72205, US |
| Mobile Phone | 501-240-7072 |
| Email | AliAliBey51@gmail.com |
| Race | OTHER/UNKNOWN |
| Ethnicity | UNKNOWN |
| Resident Status | UNKNOWN |
| Sex | MALE |
| DOB | 07/10/1961 |

**Incident Information**

| | |
|---|---|
| Incident Location | 1311 SOUTH Bowman ROAD, Little Rock, AR 72211 |
| Incident Time (start) | 09/15/2024 09:00 PM |
| Incident Time (end) | 09/15/2024 11:30 PM |
| Location Type | AREA/STADIUM/FAIRGROUNDS/COLISEUM |

**Person Information**

No 1
| | |
|---|---|
| Involvement | SUSPECT |
| Name | Baker, Adam |
| Race | WHITE |

No 2
| | |
|---|---|
| Involvement | SUSPECT |
| Name | ?, MJ |
| Race | WHITE |
| Sex | MALE |

No 3
| | |
|---|---|
| Involvement | SUSPECT |
| Name | ?, Employee |
| Race | BLACK |
| Sex | MALE |

**Vehicle Information**

No 1
| | |
|---|---|
| Type | COUPE |
| Make | TOYOTA |
| Model | Corolla |
| Year | 2013 |
| Color | WHITE |
| Damaged Value ($) | 600 |
| License Plate No | ALZ14H |
| Licensing State | AR |

**Narrative**

**Incident Description**

On September 15, 2024 at about 8:40p.m. I arrived at the Arkansas Skatium, on Bowmen Rd, I sat in the car on the phone and until around 9:00p.m. I had asked one of the female skaters to see what DJ was working before entering, she gave me the information and I went in. However; before going in I noticed the Adam Baker (Security with Game and Fish) standing outside looking at me as I parked my car. Two Caucasian managers, MJ and the other forgot his name but a balding middle aged Caucasian gentleman like MJ and one Black gentleman employee in his mid 30's or 40's. I've seen them countless times but don't know them well. However their temperament and looks were a little off and suspicious than normal. I usually park at the front by the door or by the entrance ramp if I can, if you come after 8:30p.m. usually no parking is available there. But this time no one was there not even the employee or Manager's. This on top of the suspicious looks gave me a slight concern. I've had a run in with Adam Baker in the pass 3 months calling the State police on me regarding one of my Motorcycles having no visible vin. and MJ as well over parking issues during road constructions on Bowmen Rd, by the rink. One of the Skating customers told me right before leaving that he saw several of them around my car, I don't know the customers name. I left around 11:30p.m. I looked at my car but not too closely, but when I started to drive off I noticed an unusual noise coming from by passenger rear. I've never heard it before but soon as I got to the street (Bowmen rd) my tire indicator light came on. I immediately when to the gas station to air up my tire when I noticed that someone had placed hollow industrial size syringes to my tire on the passenger rear and driver front, so that you couldn't air it back up. See pic.

Ex B

1/2



ExC

