**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALI ALI-BEY** **PLAINTIFF**

**V.** **Case No. 4:25-CV-00736-JM**

**JACKSON SHUMATE, *et al*.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 28th day of July, 2026.

UNITED STATES DISTRICT JUDGE